LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-05010 GAF (RCx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Sarkisyan et al. v. CIGNA Healthcare, Inc. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiffs Hilda and Grigor Sarkiskyan filed the present lawsuit against defendants CIGNA Healthcare, Inc. ("CIGNA") and Does 1-10 (collectively, "Defendants") on the basis of diversity jurisdiction. Plaintiffs have asserted a single claim for intentional infliction of emotional distress, which they allegedly suffered while attending a protest at CIGNA's headquarters in Pennsylvania.

The federal diversity statute provides that "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Thus, a party asserting federal jurisdiction is required to allege both a corporation's state of incorporation and its principal place of business. United States v. Aldridge, 56 F.3d 73, 1995 WL 267638, at *1 (9th Cir. 1995) (table decision) (citing Fifty Assocs. v. Prudential Ins. Co. of Am., 446 F.2d 1187, 1190 (9th Cir. 1970)).

Here, Plaintiffs do not allege the location of CIGNA's principal place of business, but state only where its "headquarters" are located. (Compl. ¶¶ 10, 14.) Because a corporation's headquarters does not necessarily constitute its principal place of business, see Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990), Plaintiffs' allegation fails to confer subject matter jurisdiction. Furthermore, a corporation may not

**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05010 GAF (RCx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Sarkisyan et al. v. CIGNA Healthcare, Inc. et al. | | |

be incorporated in more than one state, yet Plaintiffs aver that CIGNA is incorporated in both Delaware and Connecticut. (Compl. ¶ 14.)

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction. The filing of an amended pleading that addresses the foregoing concerns will constitute a sufficient response to the Order to Show Cause. Plaintiffs' response is due no later than ***Thursday, September 3, 2009***. Absent good cause, Plaintiffs' failure to file a response by the specified date ***shall be treated as their consent to dismissal of this lawsuit***.

**IT IS SO ORDERED.**